# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32605**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Demetrius E. MCGEE**
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 12 December 2019

————————————

*Military Judge:* Thomas J. Alford.

*Approved sentence:* Bad-conduct discharge, confinement for 45 days, reduction to E-1, and a reprimand. Sentence adjudged 4 June 2019 by SpCM convened at McConnell Air Force Base, Kansas.

*For Appellant:* Major Rebecca J. Otey, USAF.

Before J. JOHNSON, POSCH, and KEY, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d).[*]

---

[*] *Manual for Courts-Martial, United States* (2019 ed.).

Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court